WILEY EVERETTE PHILLIPS v. CURRIE MILLS, INC.

No. 7419SC803

(Filed 4 December 1974)

Venue § 8— change for convenience of parties and witnesses — discretionary matter

A motion for change of venue for the convenience of witnesses and to promote the ends of justice is addressed to the sound discretion of the trial judge, and his action thereon is not reviewable on appeal unless an abuse of discretion is shown.

APPEAL by plaintiff from *Crissman, Judge,* 3 June 1974 Session of Superior Court held in RANDOLPH County. Heard in the Court of Appeals on 18 November 1974.

This is an action for damages sustained by plaintiff when he fell into a well located on defendant's property. Defendant moved for a change of venue to Moore County pursuant to G.S. 1-83 (2). Based upon affidavits and testimony given at a hearing, the trial court granted defendant's motion.

Plaintiff appealed.

*Ottway Burton, for plaintiff appellant.*

*Boyette and Boyette, by M. G. Boyette, Sr., for defendant appellee.*

MARTIN, Judge.

G.S. 1-83 (2) provides that the court may change the place of trial "[w]hen the convenience of witnesses and the ends of justice would be promoted by the change." A motion for change of venue for the convenience of witnesses and to promote the ends of justice is addressed to the sound discretion of the trial judge, and his action thereon is not reviewable on appeal unless an abuse of discretion is shown. *Piner v. Truck Rentals,* 10 N.C. App. 742, 179 S.E. 2d 900 (1971).

Appellant has failed to show any abuse of discretion in the trial court's action.

Affirmed.

Judges CAMPBELL and MORRIS concur.